# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter as personal representative of the Estate of Jereme Loydd Mortinson, deceased, | ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| EOG Resources, et. al., | ) |
| | ) Case No. 4:12-cv-003 |
| Defendants. | ) |

Before the court is third-party defendant S&S Sales 2008, Inc.'s motion for attorney Richard J. Bortnick to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mr. Bortnick has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 28) is **GRANTED**. Attorney Richard J. Bortnick is admitted to practice before this court in the above-entitled action on behalf S&S Sales 2008, Inc.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge