# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter as personal representative of the Estate of Jereme Loydd Mortinson, deceased, and Dawn Carter, on behalf of the heirs and next of kin of Jereme Loydd Mortinson, deceased, | ) ) ) ) ) ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) ) |
| EOG Resources, Inc., Crude Processing, Inc., a/k/a Midstream Services, LLC, Superior Well Services, Inc., Halliburton Energy Services, Inc., | ) ) ) ) ) Case No. 4:12-cv-003 |
| Defendants. | ) |
| EOG Resources, Inc., | ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| S&S Sales 2008, Inc., | ) |
| Third-Party Defendant. | ) |
| S&S Sales 2008, Inc., | ) |
| Fourth-Party Defendant, | ) |
| vs. | ) |
| RES Investments, LLC, | ) |
| Fourth-Party Defendant. | ) |

The court shall conduct a status conference with the parties by telephone on February 25, 2014,

1

at 10:00 a.m. CST.  Participants to the conference call should call the following number and enter the following access code:

    Tel.  No: 877-848-7030
    Access Code:  9768929

The purpose of the conference call is to clear up discrepancies in the record as to which parties remain in this action[1] and otherwise visit with the parties to gauge their interest in a court-hosted settlement conference.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court

---

[1] On September 26, 2013, the parties filed a stipulation for dismissal of plaintiffs' claims against Superior Well Services, Inc., Haliburton Energy Services, and Crude Processing, Inc., formerly known as CCS Midstream Services, LLC, now known as Tervita LLC ("Crude Processing"), without prejudice. (Docket No. 33).  The court adopted the stipulation in an order dated September 28, 2013. (Docket No. 34).

Although the claims against Crude Processing had been dismissed, it appears that Crude Processing filed responses to plaintiffs' subsequent motion to amend their complaint and also joined in an appeal of the undersigned order granting plaintiffs' motion to amend.  (Docket Nos. 50, 58, 62-63).