# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter, as personal representative of the Estate of Jereme Loydd Mortinson, deceased, and Dawn Carter, on behalf of the heirs and next of kin of Jereme Loydd Mortinson, deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>EOG Resources, Inc. and, Crude Processing Inc.,<br><br>        Defendants. | **ORDER EXTENDING DEADLINE TO RESPOND**<br><br><br><br>Case No. 4:12-cv-003 |
| EOG Resources, Inc.,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>S&S Sales 2008, Inc.,<br><br>        Third-Party Defendant. | |
| S&S Sales 2008, Inc.,<br><br>        Fourth-Party Plaintiff,<br><br>vs.<br><br>RES Investments, LLC,<br><br>        Fourth-Party Defendant. | |

Pursuant to the agreement of the parties communicated to the court by email on February 27, 2014, the court **ORDERS** that fourth-party defendant RES Investments, LLC, shall have until

**March 10, 2014**, to respond to fourth-party plaintiff S&S Sales 2008, Inc.'s motion for summary judgment (Docket No. 70).

Dated this 28th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
