## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter, as personal representative of the Estate of Jereme Loydd Mortinson, deceased, and Dawn Carter, on behalf of the heirs and next of kin of Jereme Loydd Mortinson, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>EOG Resources, Inc. and, Crude Processing Inc.,<br><br>    Defendants. | **ORDER DENYING MOTION TO BIFURCATE AND STAY DISCOVERY**<br><br>Case No. 4:12-cv-003 |
| EOG Resources, Inc.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>S&S Sales 2008, Inc.,<br><br>    Third-Party Defendant. | |
| S&S Sales 2008, Inc.,<br><br>    Fourth-Party Plaintiff,<br><br>vs.<br><br>RES Investments, LLC,<br><br>    Fourth-Party Defendant. | |
1

Before the court is the motion by S&S Sales 2008, Inc. ("S&S Sales") to bifurcate the trial of the third-party claim by EOG Resources, Inc. against S &S Sales and the fourth-party claim by S&S Sales against RES Investments, LLC and to stay discovery with respect to the third-party and fourth-party claims (Doc. No. 64). The request to stay discovery is **DENIED**. The request for bifurcation is also **DENIED**. With respect to the latter, any party may renew the motion for bifurcation after the court has considered any dispositive motions addressing the third and fourth-party claims. Also, the court may later take up the matter of bifurcation of the trial of the third-party and fourth-party claim (if appropriate) *sua sponte*.

Dated this 6th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court