# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter, as personal representative of the Estate of Jereme Loydd Mortinson, deceased, and Dawn Carter, on behalf of the heirs and next of kin of Jereme Loydd Mortinson, deceased,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EOG Resources, Inc. and, Crude Processing Inc.,<br><br>　　　　Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br><br>Case No. 4:12-cv-003 |
| EOG Resources, Inc.,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>S&S Sales 2008, Inc.,<br><br>　　　　Third-Party Defendant. | |
| S&S Sales 2008, Inc.,<br><br>　　　　Fourth-Party Plaintiff,<br><br>　vs.<br><br>RES Investments, LLC,<br><br>　　　　Fourth-Party Defendant. | |

　　　Before the court is the S&S Sales 2008, Inc.'s Motion for attorney Gary M. Klinger to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gary M.

Klinger has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 95) is **GRANTED**. Attorney Gary M. Klinger is admitted to practice before this court in the above-entitled action on behalf of S&S Sales 2008, Inc.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge