IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dawn Carter, as personal representative of the Estate of Jerome Loydd Mortinson, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )  **ORDER RE ADMISSION**<br>)  **PRO HAC VICE** |
| vs. | )<br>) |
| EOG Resources, Inc., et. al., | )<br>)  Case No. 4:12-cv-003 |
| Defendants. | )<br>) |
| EOG Resources, Inc., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| S&S Sales 2008, Inc., | )<br>) |
| Third-Party Defendant. | )<br>) |
| S&S Sales 2008, Inc., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| RES Investments, LLC, | )<br>) |
| Fourth-Party Defendant. | ) |

Before the court is a motion for attorney Thomas P. Kane to appear *pro hac vice* on behalf of S&S Sales 2008, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Thomas P. Kane has affirmed to submit to the Local Rules of the United States District Court for the District of North

1

Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 136) is **GRANTED**. Attorney Thomas P. Kane is admitted to practice before this court in the above-entitled action on behalf of S&S Sales 2008, Inc.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge