# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dawn Carter, as personal representative of the Estate of Jereme Loydd Mortinson, deceased, and Dawn Carter, on behalf of the heirs and next of kin of Jereme Loydd Mortinson, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> EOG Resources, Inc. and <br> Crude Processing, Inc. <br><br> Defendant. <br>_____ <br><br> EOG Resources, Inc., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> S&S Sales 2008, Inc., <br><br> Third-Party Defendant. <br>_____ <br><br> S&S Sales 2008, Inc., <br><br> Fourth-Party Plaintiff, <br><br> vs. <br><br> RES Investments, LLC, <br><br> Fourth-Party Defendant. | **ORDER** <br><br><br><br><br> Case No. 4:12-cv-003 |

Before the Court are the Defendant EOG Resources, Inc.'s motions in limine to exclude certain evidence at trial. See Docket Nos. 117, 119, 121, 123, 125, 126, 127, and 129. In light of

the Court's orders (Docket Nos. 169 and 170) denying EOG Resources, Inc., Crude Processing, Inc., and S&S Sales 2008, Inc.'s motion for summary judgment (Docket No. 68) and EOG Resources, Inc. and Crude Processing, Inc.'s motion for summary judgment (Docket No. 69) the matter is to be set for trial. Therefore, at this stage, EOG Resources' motions in limine (Docket Nos. 117, 119, 121, 123, 125, 126, 127, and 129) are **DENIED WITHOUT PREJUDICE.** EOG Resources may again file its motions in limine in accordance with the scheduling order that will be established by the Court.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court